**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WOLLACK HARDWARE, INC.,
a Minnesota corporation,

Plaintiff,

v.

J-STAR INDUSTRIES, INC.,
a Wisconsin corporation,

Defendant.

Civil No. 01-814 (DWF/RLE)

**ORDER OF DISMISSAL**

---

John Boyle, Esq. and Gena Braaten, Esq., Anthony Ostlund & Baer, 90 South 7th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Mark Carpenter, Esq., Faegre & Benson, 2200 Norwest Center, 90 South 7th Street, Minneapolis, MN 55402-3901, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 6, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________